UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID C. LETTIERI,

    *Plaintiff,*

v.

FEDERAL PUBLIC DEFENDERS,

    *Defendants.*

No. 25-cv-11228-PGL

## ORDER TO DRAW CASE TO DISTRICT JUDGE

LEVENSON, U.S.M.J.

On September 5, 2025, I entered an Order (Docket No. 7) denying, without prejudice, Plaintiff's Motion (Docket No. 5) for leave to proceed in forma pauperis.

Plaintiff has filed an Objection (Docket No. 9) to my Order.

Plaintiff is entitled to review of my order by a District Judge. *See generally Prater v. Dep't of Corr.,* 76 F.4th 184, 195-98 (3d Cir. 2023).

In order to effect such review, I hereby ORDER to the Clerk of the Court to draw this case to a District Judge for purposes of considering my order (Docket No. 7).

SO ORDERED.

    /s Paul G. Levenson
Paul G. Levenson
U.S. MAGISTRATE JUDGE

Dated: December 3, 2025